

March 5, 2025

**REQUEST GRANTED.**
**The Court relieves CJA counsel Gilbert S Bayonne as counsel for Mr. Manguel. The Clerk of Court is respectfully directed to terminate Gilbert S Bayonne on the docket.**

*Via ECF*

The Honorable Lewis J. Liman
United States District Court
Southern District of New York, Courtroom 15C
500 Pearl Street
New York, NY 10007

3/6/2025

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Tyreek Manguel*, 25-cr-83 (LJL)

Your Honor,

    I represent Mr. Tyreek Manguel in the above-captioned matter. On February 12, 2025, I was appointed as CJA counsel to represent Mr. Manguel. *See,* ECF No. 8. However, on February 28, 2025, I was informed that Mr. Manguel has retained new counsel, Richard Anthony Portale, Esq. *See,* ECF No. 11.

    Accordingly, I respectfully request to be relieved as counsel to allow Mr. Manguel to proceed with his newly retained attorney.

Respectfully,

/s/ Gilbert S. Bayonne

Gilbert S. Bayonne, Esq.

Cc:   All Counsel of Record (via ECF)

---

1850 Amsterdam Ave          Tel: (929)333-6497          Email: gbayonne@thebayonnefirm.com
New York, NY, 10031         Fax: (929) 259-5468