UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,              :
:
    -v-                                :    25-CR-83-2 (LJL)
:
TYREEK MANGUAL,                         :    <u>ORDER</u>
:
    Defendant.                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Status Conference previously set for June 3, 2025 is rescheduled to June 6, 2025 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, on consent, excludes time until June 6, 2025 pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial.

    SO ORDERED.

Dated: June 2, 2025
       New York, New York
                                                        LEWIS J. LIMAN
                                               United States District Judge