

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

June 4, 2025

**BY ECF**
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Status Conference previously set for June 6, 2025 is rescheduled to July 14, 2025 at 10:30AM in Courtroom 15C at the 500 Pearl Street Courthouse.  The Court, on request from the Government and consent by defendant, excludes time between June 6, 2025 and July 14, 2025 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), upon a finding that the interest of justice outweighs the interest of the public and the defendant in a speedy trial, in that the time between now and July 14 will allow the defendant to review the new discovery and the parties to potentially negotiate a plea agreement.
>
> 6/4/2025   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:     *United States v. Tyreek Mangual*, 25 Cr. 83 (LJL)

Dear Judge Liman:

    The parties respectfully and jointly write to request an adjournment of the status conference scheduled for June 6, 2025, at 2:00 p.m. The Government recently obtained access to the defendant's two cellphones and intends to produce them to the defendant as Rule 16 discovery either today or tomorrow. An adjournment of approximately 30 days will allow the defendant to review this discovery and the parties to potentially negotiate a plea agreement. This is the parties' first request for an adjournment in this case.

    If the Court grants the Government's request for an adjournment, the Government respectfully requests, with the consent of defense counsel, that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between June 6 and the date of the rescheduled conference. The ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because, among other things, the exclusion of time will allow the defendant to review the new discovery and the parties to potentially negotiate a plea agreement.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: /s/ Jared Hoffman
Jared Hoffman
Assistant United States Attorney
(212) 637-1060

cc:     Richard Portale, Esq. (by ECF)