# PORTALE | RANDAZZO

January 16, 2026

REQUEST GRANTED.
The Sentencing hearing previously set for January 27, 2026
is rescheduled to April 29, 2026 at 11:00AM in Courtroom
15C at the 500 Pearl Street Courthouse.

1/16/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Via ECF**
Hon. Judge Lewis Liman
Southern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        **Re:**        **USA v. Tyreek Mangual, et al.**
        **Case No.:**    **25-CR-00083-LJL**

Dear Honorable Judge Lewis Liman:

As Your Honor is aware, I am attorney of record for defendant, Tyreek Mangual. Mr. Mangual is currently scheduled to have his Pre-Sentencing Interview with Officer Ashley Geiser conducted on January 26, 2026, with sentencing scheduled for Tuesday, January 27, 2026, at 11:00AM.

We respectfully request that the sentencing of Tyreek Mangual be adjourned from January 27, 2026, to a later date on consent of AUSA Jared Hoffman and US Probation Officer Ashley Geiser to allow the PSI to be completed, PSR be generated, the required disclosures be filed with objections, if any, and the parties' sentencing submissions be filed.

Additionally, if the Court is able to accommodate this request for adjournment, we humbly ask that Sentencing be scheduled for a date in late April 2026 as AUSA Hoffman is to be engaged in trial starting April 6, 2026, and expects it to last for 3 weeks.

Thank you for your consideration of this request and we will await decision from This Honorable Court.

Very truly yours,

/s/ *Richard A. Portale*
Richard A. Portale
RPortale@PortaleRandazzo.com

RAP/cpod

cc:    All Parties via ECF
        Officer Ashley E. Geiser , United States Probation Officer *via email*