UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA        :

                                       :

         v.                            :            Case No. 1:25-cr-00083-LJL-2

                                         :

     Tyreek Mangual              :
          Defendant                 :

---------------------------------------------------------------X

## **ORDER**

**IT IS ORDERED:**  The defendant's conditions of release shall be modified to include conditions 7(m) not use or unlawfully possess a narcotic drug or other controlled substance, 7(n) submit to testing for a prohibited substance, and 7(o) participate in a program of inpatient or outpatient substance abuse treatment, if directed by Pretrial Services.

Date:     2/24/2026                                                   

                                                   Lewis J. Liman
                                                   United States District Judge