# PORTALE | RANDAZZO

April 14, 2026

REQUEST GRANTED.
The Sentencing hearing previously set for April 29, 2026 is rescheduled to May 26, 2026 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.

4/17/2026    SO ORDERED.

LEWIS J. LIMAN
United States District Judge

**Via ECF**
Hon. Judge Lewis Liman
Southern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:        **USA v. Tyreek Mangual, et al.**
Case No.:    **25-CR-00083-LJL**

Dear Honorable Judge Lewis Liman:

As Your Honor is aware, I am attorney of record for defendant, Tyreek Mangual. Mr. Mangual is currently scheduled to be sentenced on April 29, 2026, at 11:00 AM.

We respectfully request that the sentencing of Tyreek Mangual be adjourned from April 29, 2026, on consent of AUSA Jared Hoffman to a date during the week of May 25, 2026, or a date soon thereafter that this Honorable Court can accommodate. This is the second request by the Defendant to adjourn sentencing.

Thank you for your consideration of this request.

Very truly yours,

/s/ *Richard A. Portale*
Richard A. Portale
RPortale@PortaleRandazzo.com

RAP/cpod

cc:    All Parties via ECF