UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

TYREEK MANGUAL,

**Consent
Order of Restitution**

25 Cr. 83 (LJL)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Jared D. Hoffman, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

### 1.  Amount of Restitution

TYREEK MANGUAL, the defendant, shall pay restitution, pursuant to 18 U.S.C. § 3663, 18 U.S.C. § 3663A, to the victims of the offense charged in Count One. The total amount of restitution owed to the victims is $97,482.88; however, pursuant to 18 U.S.C. § 3664(h), the defendant's apportioned liability is $19,496.58. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A.  Joint and Several Liability

Restitution is joint and several with the following defendants in the following case: 25 Cr. 83 (LJL), co-defendants Kenyatta Epps and Jose Rivera.[1] Pursuant to 18 U.S.C. § 3664(h), however, the Court has apportioned liability among the defendants to reflect the level of contribution to the victim's loss and the economic circumstances of each defendant.

---

[1] Charges against Rivera are still pending.

2025.02.20

### 3.    Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

### 4.    Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5.    Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

2025.02.20                                          3

## 6.     Sealing

Consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victim(s), the Schedule of Victims, attached hereto, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victims, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: ___/s/_____                6/16/2026
Jared D. Hoffman                                   DATE
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637-1060

TYREEK MANGUAL

By: *Tyreek Mangual*                               6/29/2026

Tyreek Mangual                                     DATE

By: _____               6/25/26
Richard Portale, Esq.                              DATE
Counsel for Tyreek Mangual

SO ORDERED:

_____                   7/1/2026
HONORABLE LEWIS J. LIMAN                           DATE
UNITED STATES DISTRICT JUDGE

2025.02.20                          4

SCHEDULE A

[SEALED]

Restitution in the amount of $97,482.88 is owed to the below individuals. The defendant's apportioned liability is $19,496.68.

████████████████████████ : $97,482.88